# EXHIBIT 2

# Payable Invoices
## Type: All
## Days Past Due: All
## Dated On or after 01/01/2009
## mar · 564 Market Street

| Ctrl No | Invoice Number | Due Date | Ppty Code | Suite #: | P.O.#: | Total Invoice | Amount Payable | Notes |
|---------|---------------|----------|-----------|----------|--------|---------------|----------------|-------|
| **at&t** | **AT&T** | | | | | | | |
| 3338 | 49110MAY0 | 06/15/09 | mar | | | 138 88 | 138.88 | 415 834-9110 821 9 May22-Jun21 *phone* |
| | | | | | | | 138.88 | |
| **atlong** | **AT&T Long Distance** | | | | | | | |
| 3339 | 050409 | 06/18/09 | mar | | | 12 76 | 12.76 | Ban #812003059 04/01/09-04/29/09 *phone Long dist. Calls* |
| | | | | | | | 12 76 | |
| **bakhto** | **Tofik Bakhishev** / *Employee* | | | | | | | |
| 3358 | 053009 | 06/12/09 | mar | | | 32 16 | 32 16 | mileage: 5/28/09-5/30/09 |
| 3359 | 053009T | 06/12/09 | mar | | | 6 00 | 6 00 | toll: 5/30/09 |
| 3360 | 052609T | 06/12/09 | mar | | | 6 00 | 6 00 | toll: 5/29/09 |
| 3361 | 052809 | 06/12/09 | mar | | | 5 00 | 5 00 | parking: 5/28/09 |
| 3362 | 052509 | 06/12/09 | mar | | | 6 00 | 6 00 | toll: 5/25/09 |
| 3363 | 052809- | 06/12/09 | mar | | | 42 71 | 42 71 | home depot, maint. supplies |
| 3364 | 052809- | 06/12/09 | mar | | | 28 79 | 28 79 | jackson hardware, maint supplies |
| | | | | | | | 126.66 | |
| **ggdisp** | **Golden Gate Disposal** | | | | | | | |
| 3340 | 052709 | 06/02/09 | mar | | | 1,765 19 | 1,765.19 | 05/09 trash removal |
| | | | | | | | 1.765 19 | |
| **hagel** | **Hagel Supply Company** | | | | | | | |
| 3344 | 292859 | 06/03/09 | mar | | | 614 09 | 614 09 | janitorial supplies |
| | | | | | | | 614 09 | |
| **kaiser** | **Kaiser Foundation Health Plan** | | | | | | | |
| 3348 | 070109 | 07/01/09 | mar | | | 826 00 | 826.00 | Medical Benefits July 2009 |
| | | | | | | | 826.00 | |
| **kellmo** | **Kelly Moore Paint Co** | | | | | | | |
| 3365 | 903-150662 | 06/12/09 | mar | | | 130 12 | 130.12 | painting supplies |
| | | | | | | | 130 12 | |
| **mainse** | **Mainline Security** | | | | | | | |
| 3349 | 167886 | 06/10/09 | mar | | | 27 40 | 27 40 | mike: keys |
| 3350 | 168448 | 06/10/09 | mar | | | 52 00 | 52.00 | mike: cylinders rekeyed |
| | | | | | | | 79 40 | |
| **schmje** | **Jerry Schmitz** / *Employee* | | | | | | | |
| 3352 | 060809 | 06/10/09 | mar | | | 40 50 | 40.50 | reimb purchased ribbons for timeclicks |
| | | | | | | | 40 50 | |
| **sfpuc** | **SF Public Utility Commission** | | | | | | | |
| 3351 | 060809 | 06/10/09 | mar | | | 1,055 52 | 1,055.52 | #263134-03-3 water 4/24/09-5/22/09 |
| | | | | | | | 1,055.52 | |
| **stapcr** | **Staples Credit Plan** | | | | | | | |
| 3357 | 918707100 | 06/28/09 | mar | | | 127 45 | 127.45 | office supplies |
| | | | | | | | 127 45 | |
| | | | | | | | 4,916 57 | |

### Totals By Account

| Number | Name | Total |
|--------|------|-------|
| 6285 | Janitorial Supplies | 614 09 |
| 6290 | Keys/Locks | 79 40 |
| 6310 | Maintenance Service & Supplies | 71 50 |
| 6320 | Painting Supplies | 130 12 |
| 6380 | Travel Reimbursement | 55 16 |

# Payable Invoices
## Type: All
## Days Past Due: All
## Dated On or after 01/01/2009
## mar · 564 Market Street

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Suite #: | P.O.#: | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| 6475 | Trash Removal | | | | 1,765 19 | | | |
| 6485 | Water / Sewer | | | | 1,055 52 | | | |
| 7115 | Medical Benefits | | | | 826 00 | | | |
| 7220 | Office Supplies | | | | 167 95 | | | |
| 7270 | Telephone | | | | 151 64 | | | |

# Payable Invoices
## Type: All
## Days Past Due: All
## marina - 2265 Marina Blvd

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| kais | Kaiser Foundation Health Plan, In | | | | | | | |
| 435 | 070109 | 07/01/09 | marina | | | 116 40 | 116.40 | Medical benefits *July 2009* |
| | | | | | | | 116 40 | |
| | | | | | | | 116 40 | |

| Number | Totals By Account Name | Total |
|---|---|---|
| 7115 | Medical Benefits | 116 40 |

**Payable Invoices**
Type: All
Days Past Due: All
palms - 128 · 170 Santa Alicia Drive

Page 1
6/12/2009
11:23 AM
palms

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| arned | Armed Force Pest Control, Inc. | | | | | | | |
| 1080 | 34260 | 06/07/09 | palms | | | 80 00 | 80 00 | general pest control on 05/07/09 |
| 1081 | 34263 | 06/21/09 | palms | | | 80 00 | 80 00 | general pest control on 05/21/09 |
| 1086 | 34241 | 05/25/09 | palms | | | 90 00 | 90 00 | general pest control on 05/25/09 |
| 1092 | 34876 | 07/04/09 | palms | | | 80 00 | 80.00 | general pest control on 06/04/09 |
| | | | | | | | 330 00 | |
| at&t | AT&T | | | | | | | |
| 1072 | 051909 | 06/11/09 | palms | | | 541 84 | 541.84 | 707 795 2020 712 1 05/19/09-06/18/09 |
| | | | | | | | 541 84 | |
| bakhist | Tofik Bakhishev | | | | | | | |
| 1096 | 060509 | 07/05/09 | palms | | | 19 44 | 19 44 | reimb mileage 05/25/09-06/05/09 |
| 1097 | 3871 | 05/26/09 | palms | | | 45 04 | 45 04 | home depot-maintenance supplies #41 |
| 1098 | 8964 | 06/05/09 | palms | | | 38 32 | 38 32 | home depot-maintenance supplies #41 |
| 1099 | 6245 | 05/26/09 | palms | | | 30 67 | 30.67 | home depot-maintenance supplies #41 |
| | | | | | | | 133 47 | |
| heavbe | Heaven's Best | | | | | | | |
| 1076 | 771843 | 06/28/09 | palms | | | 85 00 | 85 00 | carpet #27 on 05/28/09 |
| 1095 | 771860 | 07/05/09 | palms | | | 85 00 | 85.00 | carpet cleaning #41 on 06/05/09 |
| | | | | | | | 170 00 | |
| kais | Kaiser Foundation Health Plan, In | | | | | | | |
| 1100 | 070109 | 07/01/09 | palms | | | 145 50 | 145.50 | Medical benefits July 2009 |
| | | | | | | | 145 50 | |
| kellym | Kelly Moore Paint Company, Inc. | | | | | | | |
| 1094 | 907-138706 | 06/04/09 | palms | | | 189 90 | 189.90 | ricardo-painting supplies |
| | | | | | | | 189 90 | |
| onsite | On-Site.com | | | | | | | |
| 1088 | 0905-58862 | 05/19/09 | palms | | | 528 11 | 528.11 | credit checks 04/25/09-05/19/09 |
| | | | | | | | 528 11 | |
| orch | Orchid Services Inc. | | | | | | | |
| 1078 | 1135161 | 06/26/09 | palms | | | 57 13 | 57 13 | screen door apt #20 |
| 1079 | 1135325 | 06/28/09 | palms | | | 61 86 | 61.86 | blinds apt #36 |
| | | | | | | | 118 99 | |
| pge | PG&E | | | | | | | |
| 1089 | 011173APR | 05/18/09 | palms | | | 194 82 | 194 82 | 9309401117-3 03/27/09-04/27/09 |
| 1090 | 011173MA | 06/17/09 | palms | | | 161 97 | 161.97 | 9309401117-3 04/28/09-05/27/09 |
| | | | | | | | 356 79 | |
| prede | The Press Democrat | | | | | | | |
| 1091 | 053109 | 06/20/09 | palms | | | 293 73 | 293.73 | Acct#115381 5/5/09-5/31/09 Advertising |
| | | | | | | | 293 73 | |
| | | | | | | | 2,808 33 | |

Totals By Account

| Number | Name | Total |
|---|---|---|
| 6020 | Advertising | 293 73 |
| 6030 | Credit Verification Expense | 528 11 |
| 6120 | Carpet/Lino Cleaning Turnover | 170 00 |
| 6165 | Painting-Turnover | 189 90 |
| 6170 | Repairs/Maintenance Turnover | 57 13 |
| 6245 | Exterminating | 330 00 |
| 6361 | Repair & Maint - Supplies | 114 03 |
| 6410 | Electricity House | 356 79 |
| 7115 | Medical Benefits | 145 50 |

# Payable Invoices
## Type: All
## Days Past Due: All
### palms - 128 - 170 Santa Alicia Drive

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc Drawer | Priority | Total Invoice | Amount Payable | Notes |
|----------|----------------|----------|-----------|------------|----------|---------------|----------------|-------|
| 7200 | Mileage/Gas Reimbursement | | | | 19 44 | | | |
| 7270 | Telephone | | | | 541 84 | | | |
| 7410 | Blinds Replacement | | | | 61 86 | | | |

# Payable Invoices
## Type: All
### Days Past Due: All
### lamar - 3796 Lamar Ave.

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| att | AT&T | | | | | | | |
| 673 | 051309 | 06/12/09 | lamar | | | 144 05 | 144 05 | 901 365-7375 559 1870 May13-Jun12 |
| 674 | 37206MAY0 | 06/12/09 | lamar | | | 144 05 | 144.05 | 901 433-7206 677 1879 May13-Jun12 |
| | | | | | | | 288 10 | |
| | | | | | | | | |
| kaiser | Kaiser Foundation Health Plan | | | | | | | |
| 684 | 070109 | 07/01/09 | lamar | | | 58 20 | 58.20 | Medical Benefits July 2009 |
| | | | | | | | 58 20 | |
| | | | | | | | | |
| mempli | Memphis Light Gas and | | | | | | | |
| 675 | 052009-455 | 06/08/09 | lamar | | | 10 043 16 | 10 043 16 | 1454-555 Gas, Elect & Water 3/31-5/20 |
| 676 | 052709-455 | 06/12/09 | lamar | | | 1,102 99 | 1,102 99 | 1454-558 Gas, Elect. & Water 3/31-5/27 |
| 679 | 060209-455 | 06/18/09 | lamar | | | 1,660 21 | 1,660 21 | 1454-558 Electricity & water, 4/30-6/2/09 |
| 680 | 060209-455 | 06/18/09 | lamar | | | 9,920 01 | 9,920 01 | 1454-555 Gas, Elect & Water 4/30-6/2/09 |
| 683 | 060209-980 | 06/18/09 | lamar | | | 1,535 10 | 1,535.10 | 1399-805 Gas. Elect & Water 4/30-6/2 |
| | | | | | | | 24,261 47 | |
| | | | | | | | | |
| | | | | | | | 24,607 77 | |

### Totals By Account

| Number | Name | Total |
|---|---|---|
| 6410 | Electricity/Gas House Meter | 23 156 48 |
| 6440 | Gas House Meter | 391 40 |
| 6485 | Water/Sewer | 713 59 |
| 7195 | Medical Benefits | 58 20 |
| 7271 | Telephone -Cellular | 288 10 |

Case: 09-11678    Doc# 38-2    Filed: 06/16/09    Entered: 06/16/09 16:41:36    Page 7 of 26

# Payable Invoices
## Type: All
## Days Past Due: All
## Ignacio - 195 Los Robles

| Ctrl No | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **abasmi** | **Mirta Abascal** | | | | | | | |
| 1889 | 060809 | 06/10/09 | ignacio | | | 24 76 | 24 76 | reimb leslie's pool, supplies |
| | | | | | | | 24 76 | |
| **at&t** | **AT&T** | | | | | | | |
| 1881 | 38663MAY0 | 06/16/09 | ignacio | | | 116 93 | 116.93 | 415 883-8663 599 4 May23-Jun22 |
| | | | | | | | 116 93 | |
| **bakhto** | **Tofik Bakhishev** /employee | | | | | | | |
| 1901 | 060409 | 06/11/09 | ignacio | | | 33 92 | 33 92 | mileage: 5/26/09-6/4/09 |
| 1902 | 052609 | 06/11/09 | ignacio | | | 91 50 | 91.50 | home depot, maint supplies |
| 1903 | 052609- | 06/11/09 | ignacio | | | 48 51 | 48.51 | home depot maint supplies |
| | | | | | | | 173 93 | |
| **empiel** | **Empire Elevator Co , Inc.** | | | | | | | |
| 1890 | 48011 | 06/10/09 | ignacio | | | 104 74 | 104.74 | June elevator maintenance |
| | | | | | | | 104 74 | |
| **kaiser** | **Kaiser Foundation Health Plan** | | | | | | | |
| 1904 | 070109 | 07/01/09 | ignacio | | | 145 50 | 145.50 | Medical Benefits July 2009 |
| | | | | | | | 145 50 | |
| **ngi** | **Novato Glass, Inc** | | | | | | | |
| 1891 | A10292 | 06/10/09 | ignacio | | | 54 93 | 54.93 | reglazed window - 22x28 block |
| | | | | | | | 54 93 | |
| **nmwd** | **North Marin Water District** | | | | | | | |
| 1884 | 79503MAY0 | 06/22/09 | ignacio | | | 5 50 | 5 50 | #39773108 3/2/09-5/4/09  Water |
| 1885 | 79603MAY0 | 06/22/09 | ignacio | | | 1,697 85 | 1,697.85 | #93128174 3/2/09-5/4/09 |
| | | | | | | | 1,703 35 | |
| **novadi** | **Novato Disposal Service, Inc.** | | | | | | | |
| 1886 | 1427599 | 06/15/09 | ignacio | | | 1,263 11 | 1,263.11 | June 2009 Trash Removal |
| | | | | | | | 1,263 11 | |
| **pge** | **PG&E** | | | | | | | |
| 1892 | 36047JUN0 | 06/23/09 | ignacio | | | 1,977 05 | 1,977.05 | #2743823604-7 5/1/09-6/1/09, electricity |
| | | | | | | | 1,977 05 | |
| **piniac** | **Pini Ace Hardware** | | | | | | | |
| 1893 | 150466 | 06/10/09 | ignacio | | | 25 15 | 25 15 | tofik: maint supplies |
| 1894 | 150729 | 06/10/09 | ignacio | | | 3 79 | 3.79 | tofik: maint supplies |
| | | | | | | | 28 94 | |
| | | | | | | | 5,593 24 | |

### Totals By Account

| Number | Name | Total |
|---|---|---|
| 6251 | Elevator Maintenance | 104 74 |
| 6310 | Gen Repairs & Maint & Supplies | 223 88 |
| 6351 | Pool Service & Supplies | 24 76 |
| 6410 | Electricity House | 1,977 05 |
| 6475 | Trash Removal | 1,263 11 |
| 6485 | Water / Sewer | 1,703 35 |
| 7195 | Medical Benefits | 145 50 |
| 7200 | Mileage/Gas Reimbursement | 33 92 |
| 7270 | Telephone | 116 93 |

Case: 09-11678    Doc# 38-2    Filed: 06/16/09    Entered: 06/16/09 16:41:36    Page 8 of 26

# Payable Invoices
## Type: All
## Days Past Due: All
### edith - 226 Edith Street

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| at&t | AT&T | | | | | | | |
| 290 | 31058MAY0 | 06/12/09 | edith | | | 35 55 | 35.55 | 1058 770 2 May20-Jun19 Fax Maintenan |
| | | | | | | | 35 55 | |
| cofpet | City Of Petaluma | | | | | | | |
| 287 | 89700MAY0 | 06/06/09 | edith | | | 353 53 | 353 53 | 03/9/09-05/6/09 Water #030897-00 |
| 288 | 89800MAY0 | 06/01/09 | edith | | | 108 06 | 108.06 | 03/9/09-05/6/09 Water #030898-00 |
| | | | | | | | 461 59 | |
| kaiser | Kaiser Foundation Health Plan | | | | | | | |
| 293 | 070109 | 07/01/09 | edith | | | 58 20 | 58.20 | Medical Benefits July 2009 |
| | | | | | | | 58 20 | |
| | | | | | | | 555 34 | |

| | Totals By Account | |
|---|---|---|
| Number | Name | Total |
| 6485 | Water & Sewer | 461 59 |
| 7195 | Medical Benefits | 58 20 |
| 7270 | Telephone | 35 55 |

# Payable Invoices
## Type: All
## Days Past Due: All
### derry - 2224 Derry Way

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| kaiser | Kaiser Foundation Health Plan | | | | | | | |
| 335 | 070109 | 07/01/09 | derry | | | 58 20 | 58 20 | Medical Benefits July 2009 |
| | | | | | | | 58 20 | |
| | | | | | | | 58 20 | |

| Number | Totals By Account Name | Total |
|---|---|---|
| 6575 | Medical Benefits | 58 20 |

# Payable Invoices
## Type: All
## Days Past Due: All
### canal - 550 Canal Street

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **armed** | Armed Force Pest Control Inc. | | | .. | | | | |
| 1639 | 33961 | 06/21/09 | canal | | | 200 00 | 200.00 | rats cleanout #4,#5,#2 #19,#22 |
| | | | | | | | 200 00 | |
| **bakhto** | Tofik Bakhishev | | | | | | | |
| 1644 | 060309 | 06/03/09 | canal | | | 12 36 | 12 36 | reimb-mileage 05/25/09-06/03/09 |
| 1645 | 2003 | 05/29/09 | canal | | | 100 65 | 100.65 | home depot maintenance supplies apt #4 |
| | | | | | | | 113 01 | |
| **kais** | Kaiser Foundation Health Plan, In | | | | | | | |
| 1646 | 070109 | 07/01/09 | canal | | | 145 50 | 145.50 | medical benefits July 2009 |
| | | | | | | | 145 50 | |
| **kell** | Kelly Moore Paint Company Inc | | | | | | | |
| 1643 | 903-148033 | 05/21/09 | canal | | | 107 36 | 107 36 | ricardo-painting supplies apt #4 #5 |
| | | | | | | | 107 36 | |
| **mss** | Marin Sanitary Service | | | | | | | |
| 1640 | 0786307 | 06/19/09 | canal | | | 847 94 | 847.94 | Trash service May 2009 |
| | | | | | | | 847 94 | |
| **orchse** | Orchid Services, Inc. | | | | | | | |
| 1642 | 1135670 | 07/04/09 | canal | | | 108 64 | 108.64 | Aluminum door |
| | | | | | | | 108 64 | |
| | | | | | | | 1,522 45 | |

## Totals By Account

| Number | Name | Total |
|---|---|---|
| 6165 | Painting-Turnover | 107 36 |
| 6245 | Exterminating | 200 00 |
| 6361 | Repair & Maint · Supplies | 209 29 |
| 6475 | Trash Removal | 847 94 |
| 7115 | Medical Benefits | 145 50 |
| 7200 | Mileage/Gas Reimbursement | 12 36 |

# Payable Invoices
## Type: All
### Days Past Due: All
#### saus - 206 Caledonia Street

Page 1
6/12/2009
11:51 AM
saus

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| kais | Kaiser Foundation Health Plan, In | | | | | | | |
| 1291 | 070109 | 07/01/09 | saus | | | 116 40 | 116.40 | medical benefits July 2009 |
| | | | | | | | 116 40 | |
| kell | Kelly Moore Paint Company | | | | | | | |
| 1289 | 903-150928 | 06/07/09 | saus | | | 81 28 | 81 28 | victor-painting supplies |
| 1290 | 903-150890 | 06/09/09 | saus | | | 141 49 | 141.49 | genaro-painting supplies |
| | | | | | | | 222 77 | |
| pge | PG&E | | | | | | | |
| 1288 | 810417MA | 06/11/09 | saus | | | 80 31 | 80 31 | #3052781041-7 04/21/09-05/19/09 laund |
| | | | | | | | 80 31 | |
| webse | Web Service Company, Inc | | | | | | | |
| 1285 | AR0000022 | 06/01/09 | saus | | | 104 00 | 104.00 | June Laundry Machine Rental |
| | | | | | | | 104 00 | |
| | | | | | | | 523 48 | |

| | Totals By Account | |
|---|---|---|
| Number | Name | Total |
| 6165 | Painting-Turnover | 222 77 |
| 6240 | Equipment Rental | 104 00 |
| 6410 | Electricity/Gas House | 80 31 |
| 7115 | Medical Benefits | 116 40 |

# Payable Invoices
## Type: All
### Days Past Due: All
### ewash - 620 E. Washington Street #100

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **fisup** | **Fishman Supply Co.** | | | | | | | |
| 1215 | 766627 | 07/10/09 | ewash | | | 172 57 | 172 57 | Janitorial supplies |
| | | | | | | | 172 57 | |
| **grwas** | **GreenWaste Recovery, Inc.** | | | | | | | |
| 1212 | 1054540 | 06/30/09 | ewash | | | 255 43 | 255 43 | June 2009 Trash service |
| | | | | | | | 255 43 | |
| **kaiser** | **Kaiser Foundation Health Plan, In.** | | | | | | | |
| 1216 | 070109 | 07/01/09 | ewash | | | 570 50 | 570.50 | medical benefits July 2009 |
| | | | | | | | 570 50 | |
| **payche** | **Paychex** | | | | | | | |
| 1213 | 821075 | 06/10/09 | ewash | | | 288 39 | 288.39 | payroll dated 06/12/09 |
| | | | | | | | 288 39 | |
| | | | | | | | 1,286 89 | |

### Totals By Account

| Number | Name | Total |
|---|---|---|
| 6285 | Janitorial Supplies | 172 57 |
| 6475 | Trash Removal | 255 43 |
| 7100 | Accounting/Tax Prep | 288 39 |
| 7115 | Medical Benefits | 570 50 |

# Payable Invoices
## Type: All
## Days Past Due: All
### hillview - Hillview Apartments

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| at&t | AT&T Payment Center | | | | | | | *Phone* |
| 366 | 26698MAY0 | 06/08/09 | hillview | | | 87 91 | 87 91 | 707 762-6698 800 5 May16-Jun15 |
| | | | | | | | 87 91 | |
| bakhto | Tofik Bakhishev *Employee* | | | | | | | |
| 400 | 060509 | 06/11/09 | hillview | | | 7 00 | 7.00 | mileage: 5/25/09-6/5/09 |
| | | | | | | | 7 00 | |
| beaure | Beaulieu Residential | | | | | | | |
| 401 | 7324927 | 06/23/09 | hillview | | | 1,418.28 | 1,418.28 | carpet - B/L #7403526 |
| | | | | | | | 1 418 28 | |
| citype | City Of Petaluma | | | | | | | |
| 374 | 298401MAY | 06/18/09 | hillview | | | 1 509.86 | 1,509.86 | water & sewer 3/16/09-5/18/09 |
| 375 | 298501MAY | 06/18/09 | hillview | | | 2,183 75 | 2,183.75 | water & sewer 3/16/09-5/18/09 |
| | | | | | | | 3,693 61 | |
| grenw | GreenWaste Recovery, Inc. | | | | | | | |
| 395 | 1054813 | 06/30/09 | hillview | | | 723 02 | 723.02 | trash serviece, 6/1/09 |
| | | | | | | | 723 02 | |
| hydrpe | Hydrex Pest Control N. Bay, Inc. | | | | | | | *extermination* |
| 402 | 20796349 | 06/11/09 | hillview | | | 72 00 | 72.00 | June Monthly Service |
| | | | | | | | 72 00 | |
| kaiser | Kaiser Foundation Health Plan, In | | | | | | | |
| 403 | 070109 | 07/01/09 | hillview | | | 145 50 | 145 50 | Medical Benefits July 2009 |
| | | | | | | | 145 50 | |
| leslpo | Leslie's Pool Supplies, Inc. | | | | | | | |
| 376 | 189-196974 | 06/02/09 | hillview | | | 52 23 | 52 23 | pool supplies |
| | | | | | | | 52 23 | |
| onsite | On-Site.Com | | | | | | | |
| 397 | 0905-77514 | 06/10/09 | hillview | | | 481.52 | 481.52 | credit verification 4/21/09-5/19/09 |
| | | | | | | | 481.52 | |
| pge | PG&E | | | | | | | *electrical* |
| 387 | 18876MAY0 | 06/11/09 | hillview | | | 17 72 | 17 72 | #8959161887-6 4/22/09-5/1/09, #3 |
| 388 | 43159MAY0 | 06/12/09 | hillview | | | 15 37 | 15 37 | #4587484315-9 5/1/09-5/16/09, #5 |
| 389 | 77480MAY0 | 06/12/09 | hillview | | | 3 93 | 3 93 | #9051487748-0 5/11/09-5/18/09, #13 |
| 390 | 34160MAY0 | 06/11/09 | hillview | | | 11 32 | 11 32 | #5963143416-0 4/22/09-5/1/09, #16 |
| 391 | 28610MAY0 | 06/11/09 | hillview | | | 7 40 | 7 40 | #5484592861-0 4/22/09-5/16/09, #26 |
| 392 | 28569MAY0 | 06/10/09 | hillview | | | 397 38 | 397.38 | #7967722656-9 4/22/09-5/20/09, house |
| | | | | | | | 453 12 | |
| presde | The Press Democrat | | | | | | | |
| 396 | 053109 | 06/20/09 | hillview | | | 69 62 | 69.62 | a/c #115381 advertising 5/10/09-5/18/09 |
| | | | | | | | 69 62 | |
| torrda | Daniel Cejas Torres | | | | | | | |
| 398 | 528596 | 06/10/09 | hillview | | | 208 00 | 208.00 | carper replaced, apt #12 |
| | | | | | | | 208 00 | |
| | | | | | | | 7,411 81 | |

### Totals By Account

| Number | Name | Total |
|---|---|---|
| 6020 | Advertising | 69 62 |
| 6030 | Credit Verification Expense | 481 52 |
| 6235 | Carpet/Lino Replacement | 208 00 |

# Payable Invoices
## Type: All
## Days Past Due: All
## hillview - Hillview Apartments

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| 6245 | Exterminating | | | | 72 00 | | | |
| 6351 | Pool Service & Supplies | | | | 52 23 | | | |
| 6410 | Electricity House | | | | 397 38 | | | |
| 6420 | Electricity Vacant | | | | 55 74 | | | |
| 6475 | Trash Removal | | | | 723 02 | | | |
| 6485 | Water & Sewer | | | | 3,693 61 | | | |
| 7115 | Medical Benefits | | | | 145 50 | | | |
| 7200 | Mileage/Gas Reimbursement | | | | 7 00 | | | |
| 7270 | Telephone | | | | 87 91 | | | |
| 7415 | Carpet / Floring | | | | 1,418 28 | | | |

# Payable Invoices
## Type: All
## Days Past Due: All
### surf - 434 Central Avenue

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **aci** | **aci** | | | | | | | |
| 995 | 328742 | 06/10/09 | surf | | | 1,913 16 | 1,913 16 | Trash Removal - May 2009 |
| | | | | | | | 1,913 16 | |
| | | | | | | | | |
| **alampo** | **Alameda Power & Telecom** | | | | | | | |
| 977 | 052109-109 | 06/10/09 | surf | | | 3 04 | 3 04 | 4/28/09-5/15/09, Meter 20680 #109 |
| 978 | 052109-111 | 06/10/09 | surf | | | 7 05 | 7 05 | 4/6/09-5/15/09, Meter 20792 #111 |
| 979 | 052109-208 | 06/10/09 | surf | | | 6 31 | 6 31 | 4/10/09-5/15/09, Meter 20576 #208 |
| 980 | 052109-215 | 06/10/09 | surf | | | 9 39 | 9 39 | 4/16/09-5/15/09, Meter 20685 #215 |
| 981 | 051809-305 | 06/08/09 | surf | | | 10 62 | 10 62 | 4/16/09-5/15/09 Meter 20759 #305 |
| 982 | 052109-311 | 06/10/09 | surf | | | 5 14 | 5 14 | 4/29/09-5/15/09, Meter 20773 #311 |
| 983 | 051809-HS | 06/08/09 | surf | | | 237 91 | 237 91 | 4/16/09-5/15/09 Meter 20221 HSE |
| 984 | 051809-HS | 06/08/09 | surf | | | 49 32 | 49 32 | 4/16/09-5/15/09, Meter 20222 HSE2 |
| 985 | 051809-HS | 06/08/09 | surf | | | 31 29 | 31 29 | 4/16/09-5/15/09, Meter 20753 HSE3 |
| 1008 | 052209-215 | 06/11/09 | surf | | | 3 03 | 3 03 | 5/15/09-5/21/09, Meter 20685 #215 |
| | | | | | | | 363 10 | |

*electricit* (handwritten)

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **at&t** | **AT&T** | | | | | | | |
| 986 | 51231MAY0 | 06/08/09 | surf | | | 326 18 | 326 18 | 510 865-1231 956 4 May16-Jun15 |
| | | | | | | | 326 18 | |

*phone* (handwritten)

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **hdfacil** | **HD Supply Facilities Maintenance** | | | | | | | |
| 1009 | 49117630 | 06/27/09 | surf | | | 451 31 | 451 31 | maint supplies apt #212 & stock |
| | | | | | | | 451 31 | |
| | | | | | | | | |
| **kaiser** | **Kaiser Foundation Health Plan, In** | | | | | | | |
| 996 | 070109 | 07/01/09 | surf | | | 465 50 | 465 50 | Medical Benefits July 2009 |
| | | | | | | | 465 50 | |
| | | | | | | | | |
| **kelmo** | **Kelly-Moore Paint Co , Inc.** | | | | | | | |
| 1010 | 622-54413 | 06/12/09 | surf | | | 8 94 | 8 94 | painting supplies |
| | | | | | | | 8 94 | |
| | | | | | | | | |
| **orchid** | **Orchid Services** | | | | | | | |
| 997 | 1135149 | 06/10/09 | surf | | | 480 08 | 480 08 | mini blinds, stock |
| | | | | | | | 480 08 | |
| | | | | | | | | |
| **pge** | **PG&E** | | | | | | | |
| 987 | 98154MAY0 | 06/17/09 | surf | | | 8 54 | 8 54 | #5706129815-4 4/29/09-5/27/09, #109 |
| 988 | 44468MAY0 | 06/17/09 | surf | | | 6 13 | 6 13 | #7952234446-8 4/29/09-5/27/09, #111 |
| 989 | 75347MAY0 | 06/17/09 | surf | | | 3 57 | 3 57 | #3027787534-7 4/29/09-5/27/09, #208 |
| 990 | 71979MAY0 | 06/17/09 | surf | | | 861 09 | 861 09 | #9560777197-9 4/29/09-5/27/09, house |
| 998 | 87902MAY0 | 06/18/09 | surf | | | 1 02 | 1 02 | #1509748790-2 4/29/09-5/1/09, #215 |
| 999 | 92939MAY0 | 06/10/09 | surf | | | 5 89 | 5 89 | #3125996293-9 4/29/09-5/27/09, #305 |
| 1000 | 40125MAY0 | 06/17/09 | surf | | | 3 34 | 3 34 | #5535894021-5 5/6/09-5/27/09 #206 |
| | | | | | | | 889 58 | |

*electricit* (handwritten)

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **torrda** | **Daniel Cejas Torres** | | | | | | | |
| 1001 | 528594 | 06/10/09 | surf | | | 310 00 | 310 00 | Repalced carpet, apt #212 |
| | | | | | | | 310 00 | |
| | | | | | | | | |
| | | | | | | | 5,207 85 | |

### Totals By Account

| Number | Name | Total |
|---|---|---|
| 6220 | Carpet/Lino Replacement | 280 00 |
| 6310 | Maintenance General | 451 31 |
| 6320 | Painting Service & Repairs | 8 94 |
| 6419 | Electricity House Meter | 1,179 61 |
| 6420 | Electricity Vacant | 73 07 |
| 6475 | Trash Removal | 1,913 16 |
| 7115 | Medical Benefits | 465 50 |
| 7260 | Travel Reimbursement | 30 00 |

# Payable Invoices
## Type: All
## Days Past Due: All
## surf - 434 Central Avenue

Page 2
6/12/2009
11:46 AM
surf

| Ctrl No | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---------|----------------|----------|-----------|-------------|----------|---------------|----------------|-------|
| 7270 | Telephone | | | | 326 18 | | | |
| 7410 | Blinds Replacement | | | | 480 08 | | | |

**Payable Invoices**
**Type: All**
**Days Past Due: All**
**Dated On or after 01/01/2009**
**pion2 - PIONEER 2000**

Page 1
6/12/2009
11:44 AM
pion2

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **armefo** | **Armed Force Pest Control, Inc.** | | | *Exterminating* | | | | |
| 8562 | 34282 | 06/01/09 | pion2 | | | 65 00 | 65 00 | general pest control: 5/22/09 |
| 8598 | 34279 | 06/10/09 | pion2 | | | 185 00 | 185 00 | exterior rodent bait stations: 5/29/09 |
| 8599 | 34283 | 06/10/09 | pion2 | | | 65 00 | 65 00 | general pest control: 5/29/09 |
| 8600 | 34900 | 06/10/09 | pion2 | | | 65 00 | 65.00 | general pest control: 6/5/09 |
| | | | | | | | 380 00 | |
| **at&t** | **AT&T Payment Center** | | | | | | | *phone.* |
| 8563 | 34263MAY0 | 06/05/09 | pion2 | | | 31 62 | 31 62 | 707 523-4263 343 6 May14-Jun12 |
| | | | | | | | 31 62 | |
| **bahkto** | **Tofik Bakhishev** */Employee* | | | | | | | |
| 8618 | 060509 | 06/12/09 | pion2 | | | 54 76 | 54 76 | mileage: 5/27/09-6/5/09 |
| 8619 | 052909 | 06/12/09 | pion2 | | | 54 28 | 54 28 | horizon, maint. supplies |
| 8620 | 060209 | 06/12/09 | pion2 | | | 17 77 | 17.77 | home depot, maint supplies |
| | | | | | | | 126 81 | |
| **beaure** | **Beaulieu Residential** | | | | | | | |
| 8621 | 7324927 | 06/23/09 | pion2 | | | 1,418 27 | 1,418.27 | Carpet - B/L #7403526 |
| | | | | | | | 1,418 27 | |
| **cofsruti** | **City of Santa Rosa Utility** | | | | | | | |
| 8581 | 052009-200 | 06/19/09 | pion2 | | | 811 19 | 811 19 | Water 04/08-05/06/09 a/c#396572002 |
| 8582 | 052009-202 | 06/19/09 | pion2 | | | 405 09 | 405 09 | Water 04/08-05/06/09 a/c#369572022 |
| 8601 | 052009-196 | 06/19/09 | pion2 | | | 2,013 08 | 2,013 08 | Water 04/08-05/06/09 a/c#369571962 |
| 8602 | 052009-199 | 06/19/09 | pion2 | | | 350 31 | 350 31 | Water 04/08-05/06/09 a/c#369571992 |
| 8603 | 052009-201 | 06/19/09 | pion2 | | | 934 56 | 934 56 | Water 04/08-05/06/09 a/c#36952012 |
| 8604 | 052009-203 | 06/19/09 | pion2 | | | 1,533 06 | 1,533 06 | Water 04/08-05/06/09 a/c#36952032 |
| 8605 | 052009-204 | 06/19/09 | pion2 | | | 1,162 56 | 1 162 56 | Water 04/08-05/06/09 a/c#369572042 |
| 8606 | 052009-720 | 06/19/09 | pion2 | | | 834 81 | 834 81 | Water 04/08-05/06/09 a/c#369572052 |
| | | | | | | | 8,044 66 | |
| **dunned** | **Dunn-Edwards Corporation** | | | | | | | |
| 8622 | 204201640 | 06/12/09 | pion2 | | | 1,157 72 | 1,157 72 | painting supplies, 186,185,183 & 103 |
| | | | | | | | 1,157 72 | |
| **eggeti** | **Timothy Egger** */Employee* | | | | | | | |
| 8624 | 061109 | 06/12/09 | pion2 | | | 50 80 | 50.80 | mileage: 4/7/09-6/2/09 |
| | | | | | | | 50 80 | |
| **ewing** | **Ewing Irrigation, Golf & Industrial** | | | | | | | |
| 8625 | 525741 | 06/12/09 | pion2 | | | 70 30 | 70.30 | irrigation supplies |
| | | | | | | | 70 30 | |
| **hdsupply** | **HD Supply Facilities Maintenance** | | | | | | | |
| 8623 | 80839293 | 06/21/09 | pion2 | | | 585 32 | 585.32 | maint supplies |
| | | | | | | | 585 32 | |
| **heavbe** | **Heaven's Best** | | | | | | | |
| 8568 | 771835 | 06/01/09 | pion2 | | | 210 00 | 210 00 | carpet cleaning, apt #89 & 49 |
| 8607 | 771822 | 06/10/09 | pion2 | | | 110 00 | 110 00 | carpet cleaning, apt #119 |
| 8608 | 771850 | 06/10/09 | pion2 | | | 220 00 | 220 00 | carpet cleaning apt #156 & 183 |
| | | | | | | | 540 00 | |
| **illust** | **Illustratus** | | | | | | | |
| 8609 | N211155-IN | 06/10/09 | pion2 | | | 120 85 | 120.85 | June Newsletter — *Community* |
| | | | | | | | 120 85 | |
| **johnme** | **Johnson Mechanical** | | | | | | | |
| 8626 | A193-148 | 06/12/09 | pion2 | | | 200 00 | 200.00 | no cold air, apt #148 |
| | | | | | | | 200 00 | *Air conditioner* |

**Payable Invoices**
**Type: All**
**Days Past Due: All**
**Dated On or after 01/01/2009**
**pion2 - PIONEER 2000**

Page 2
6/12/2009
11:44 AM
pion2

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| kaiser | Kaiser Foundation Health Plan, In | | | | | | | |
| 8610 | 070109 | 07/01/09 | pion2 | | | 822 00 | 822.00 | Medical Premium July 2009 |
| | | | | | | | 822 00 | |
| netwco | Network Communications, Inc. | | | | | | | |
| 8627 | UH6369 | 06/12/09 | pion2 | | | 723 00 | 723.00 | June 2009 - Advertising |
| | | | | | | | 723 00 | |
| onsite | On-Site.Com | | | | | | | |
| 8611 | 0905-47666 | 06/10/09 | pion2 | | | 908 64 | 908.64 | credit report 4/20/09-5/19/09 |
| | | | | | | | 908 64 | |
| orchse | Orchid Services, Inc. | | | | | | | |
| 8567 | 1134498 | 06/01/09 | pion2 | | | 42 29 | 42 29 | mini blinds, apt #117 |
| 8628 | 1135160 | 06/12/09 | pion2 | | | 29 33 | 29 33 | mini blinds, apt #23 |
| | | | | | | | 71 62 | |
| phdcar | P.H.D. Carpet Care | | | | | | | |
| 8570 | 717651 | 06/01/09 | pion2 | | | 349 00 | 349 00 | carpet cleaning, apt #133 |
| 8571 | 717652 | 06/01/09 | pion2 | | | 279 00 | 279 00 | carpet cleaning, apt #143 |
| 8572 | 717653 | 06/01/09 | pion2 | | | 285 00 | 285 00 | carpet cleaning, apt #60 |
| 8573 | 718396 | 06/01/09 | pion2 | | | 295 00 | 295.00 | carpet cleaning, apt #117 |
| | | | | | | | 1,208 00 | |
| presde | The Press Democrat | | | | | | | Advertising |
| 8612 | 053109 | 06/20/09 | pion2 | | | 330 85 | 330.85 | A/C#115381 5/5/09-5/31/09 |
| | | | | | | | 330 85 | |
| ryanli | Linda A. Ryan | Lawyer | | | | | | |
| 8574 | 051609 | 06/01/09 | pion2 | | | 1,448 25 | 1,448.25 | Eviction Work, Lamm, #27 |
| | | | | | | | 1,448 25 | |
| schmje | Jerry Schmitz / employee | | | | | | | |
| 8614 | 060809 | 06/10/09 | pion2 | | | 28 50 | 28.50 | reimb  purchased ribbons for timeclock |
| | | | | | | | 28 50 | |
| silvke | Kenny Silvestri | | | | | | | |
| 8597 | 061009 | 06/10/09 | pion2 | | | 300 00 | 300.00 | Storage - Carpet |
| | | | | | | | 300 00 | |
| srrc | Santa Rosa Recycling & | | | | | | | |
| 8613 | 1321647 | 06/15/09 | pion2 | | | 5 298 93 | 5,298.93 | Recycling & Trash June 2009 |
| | | | | | | | 5,298 93 | |
| stapcr | Staples Credit Plan | | | | | | | |
| 8617 | 947600600 | 06/28/09 | pion2 | | | 67 11 | 67.11 | office supplies |
| | | | | | | | 67 11 | |
| torrda | Daniel Cejas Torres | | | | | | | |
| 8615 | 528593 | 06/10/09 | pion2 | | | 496 00 | 496.00 | carpet replaced, #186 & 185 |
| | | | | | | | 496 00 | |
| touchs | Touchstone Pool Service | | | | | | | |
| 8577 | 19284 | 06/16/09 | pion2 | | | 364 53 | 364.53 | June Pool Service  conditioner & multi-shock |
| | | | | | | | 364 53 | |
| zepman | Zep Sales & Service | | | | | | | |
| 8578 | 60484142 | 06/02/09 | pion2 | | | 165 68 | 165.68 | cleaning supplies |
| | | | | | | | 165 68 | |
| | | | | | | | 24,959 46 | |

**Payable Invoices**
Type: All
Days Past Due: All
Dated On or after 01/01/2009
pion2 · PIONEER 2000

Page 3
6/12/2009
11:44 AM
pion2

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|

**Totals By Account**

| Number | Name | Total |
|---|---|---|
| 6020 | Advertising | 1,053 85 |
| 6030 | Credit Verification Expense | 908 64 |
| 6121 | Carpet/Lino Cleaning Turnover | 1,748 00 |
| 6180 | Tenant Relations | 120 85 |
| 6235 | Carpet/Lino Replacement | 496 00 |
| 6245 | Exterminating | 380 00 |
| 6285 | Janitorial Supplies | 165 68 |
| 6296 | Landscape Supplies/Extras | 70 30 |
| 6310 | Gen Repairs & Maint & Supplies | 1,157 37 |
| 6320 | Painting Service & Supplies | 1,157 72 |
| 6351 | Pool Service & Supplies | 364 53 |
| 6475 | Trash Removal | 5,298 93 |
| 6485 | Water & Sewer | 8,044 66 |
| 7115 | Medical Benefits | 822 00 |
| 7185 | Legal | 1,448 25 |
| 7200 | Mileage/Gas Reimbursement | 105 56 |
| 7220 | Office Supplies/Postage | 95 61 |
| 7270 | Telephone | 31 62 |
| 7410 | Blinds Replacement | 71 62 |
| 7415 | Carpet / Floring | 1 418 27 |

# Payable Invoices
## Type: All
## Days Past Due: All
### cpa · 1600 Aster Dr.

| Ctrl No | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **alliwa** | **Allied Waste Services #210** | | | | | | | |
| 3889 | 053109 | 06/30/09 | cpa | | | 2,682 28 | 2,682.28 | May 2009 Trash Service |
| | | | | | | | 2 682 28 | |
| **at&t** | **AT&T** | | | | | | | |
| 3825 | 41088MAy0 | 05/20/09 | cpa | | | 26 44 | 26 44 | 925 754-1088 098 3 Apr28-May27, laund |
| 3826 | 41181APR0 | 05/20/09 | cpa | | | 127 93 | 127.93 | 925 754-1161 467 0 Apr28-May27, office | phone |
| | | | | | | | 154.37 | |
| **bakhto** | **Tofik Bakhishev** / employee | | | | | | | |
| 3890 | 060109 | 06/12/09 | cpa | | | 30 92 | 30 92 | mileage: 6/1/09 |
| 3891 | 060109T | 06/12/09 | cpa | | | 4 00 | 4 00 | toll: 6/1/09 |
| 3892 | 060109L | 06/12/09 | cpa | | | 25 84 | 25 84 | lowe's, maint supplies |
| | | | | | | | 60 76 | |
| **beaure** | **Beaulieu Residential** | | | | | | | |
| 3893 | 7324927 | 06/23/09 | cpa | | | 1 401 77 | 1,401.77 | carpet B/L #7403526 |
| | | | | | | | 1,401 77 | |
| **bergvd** | **Bergy Door Company** | | | | | | | |
| 3882 | 080661 | 06/10/09 | cpa | | | 130.36 | 130.36 | doors, w/o #090710 |
| | | | | | | | 130 36 | |
| **danliel** | **Daniel Cejas Torres** | | | | | | | |
| 3885 | 528595 | 06/10/09 | cpa | | | 478.00 | 478.00 | carpet replcd, #27 & linoleom #61 |
| | | | | | | | 478 00 | |
| **dunned** | **Dunn-Edwards Corporation** | | | | | | | |
| 3815 | 204301805 | 06/02/09 | cpa | | | 333 21 | 333 21 | painting supplies |
| 3816 | 204301847 | 06/02/09 | cpa | | | 624 27 | 624.27 | painting supplies |
| | | | | | | | 957 48 | |
| **garias** | **Garcia's Cleaning Service** | | | | | | | |
| 3827 | 076920 | 06/02/09 | cpa | | | 110 00 | 110 00 | apartment cleaning #14 |
| 3828 | 76921 | 06/02/09 | cpa | | | 175 00 | 175 00 | apartment cleaning #27 |
| 3829 | 076923 | 06/02/09 | cpa | | | 125 00 | 125 00 | apartment cleaning, #23 |
| 3830 | 076925 | 06/02/09 | cpa | | | 125 00 | 125 00 | apartment cleaning #46 |
| 3831 | 076926 | 06/02/09 | cpa | | | 125 00 | 125 00 | apartment cleaning #58 |
| 3832 | 076927 | 06/02/09 | cpa | | | 150 00 | 150 00 | apartment cleaning, #83 |
| 3856 | 076922 | 06/02/09 | cpa | | | 125 00 | 125.00 | apartment cleaning, #59 |
| | | | | | | | 935 00 | |
| **glasste** | **Glass Tech** | | | | | | | |
| 3833 | 1058537 | 06/02/09 | cpa | | | 280 00 | 280 00 | installed patio door, #18 |
| | | | | | | | 280 00 | |
| **homede** | **HD Supply Facilities Maintenance** | | | | | | | |
| 3834 | 48439635 | 05/20/09 | cpa | | | 30 97 | 30 97 | 8" drip pan, apt #51 |
| 3835 | 48501711 | 05/15/09 | cpa | | | 408 08 | 408 08 | maint supplies, stock |
| 3836 | 48728387 | 05/30/09 | cpa | | | 340 69 | 340 69 | maint supplies, apt #58 |
| 3837 | 48769882 | 06/03/09 | cpa | | | 60 06 | 60 06 | maint. supplies, apt #46 |
| 3838 | 48769836 | 06/04/09 | cpa | | | 100 51 | 100 51 | oudoor timer |
| 3839 | 48771547 | 06/04/09 | cpa | | | 83 67 | 83 67 | inddor/outdoor timer |
| 3840 | 48920036 | 06/12/09 | cpa | | | 360 72 | 360 72 | maint. supplies, apt #27, 56 & 61 |
| 3841 | 48920035 | 06/13/09 | cpa | | | 30 15 | 30 15 | ceiling fan, apt #56 |
| 3842 | 48939941 | 06/13/09 | cpa | | | 310 29 | 310 29 | maint supplies |
| 3843 | 48974028 | 06/17/09 | cpa | | | 309 36 | 309 36 | maint supplies |
| 3844 | 48974005 | 06/18/09 | cpa | | | 31 22 | 31 22 | maint supplies |
| 3845 | 48747731 | 06/02/09 | cpa | | | -17 41 | -17 41 | return: sprayer gun filter |
| 3846 | 48970146 | 06/02/09 | cpa | | | -83 67 | -83 67 | return: indoor/outdoor timer |
| 3847 | 48998802 | 06/02/09 | cpa | | | -38 23 | -38 23 | return: supplies |
| 3848 | 49020059 | 06/02/09 | cpa | | | -40 41 | -40 41 | return: toilet bowl |
| 3849 | 49013735 | 06/19/09 | cpa | | | 40 41 | 40.41 | front toilet bowl |
| | | | | | | | 1,926 41 | |

# Payable Invoices
## Type: All
## Days Past Due: All
## cpa - 1600 Aster Dr.

Page 2
6/12/2009
11:43 AM
crest

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| illust | Illustratus | | | | | | | |
| 3818 | N202294-IN | 06/02/09 | cpa | | | 86 40 | 86.40 | May Newsletter, doorhanger bags |
| 3819 | N209859-IN | 06/02/09 | cpa | | | 79 45 | 79.45 | June Newsletter, doorhanger bags |
| | | | | | | | 165 85 | |
| kaiser | Kaiser Foundation Health Plan | | | | | | | |
| 3883 | 070109 | 07/01/09 | cpa | | | 633 00 | 633.00 | Medical Benefits July 2009 |
| | | | | | | | 633 00 | |
| kelmo | Kelly-Moore Paint Co., Inc. | | | | | | | |
| 3850 | 601-98195 | 06/02/09 | cpa | | | 153 68 | 153.68 | painting supplies |
| | | | | | | | 153 68 | |
| leslpo | Leslie's Pool Supplies, INC. | | | | | | | |
| 3820 | 152-200454 | 06/02/09 | cpa | | | 82 08 | 82 08 | cholorine |
| 3851 | 152-198532 | 05/30/09 | cpa | | | 92 67 | 92.67 | pool supplies |
| | | | | | | | 174 75 | |
| on-site | On-Site.com | | | | | | | |
| 3884 | 0905-47663 | 06/10/09 | cpa | | | 850 16 | 850.16 | cresit check verification- 4/20/09-5/19/09 |
| | | | | | | | 850 16 | |
| orchse | Orchid Services, Inc | | | | | | | |
| 3852 | 1128994 | 06/02/09 | cpa | | | 170 66 | 170 66 | mini blinds, apt #18 |
| 3858 | 1134703 | 06/02/09 | cpa | | | -93 95 | -93.95 | return |
| | | | | | | | 76 71 | |
| orkin | Orkin Pest Control | | | | | | | |
| 3821 | 45153626 | 06/02/09 | cpa | | | 98 28 | 98 28 | May Service   *Pest - Exterminating* |
| | | | | | | | 98 28 | |
| ortaso | Orta Brothers | | | | | | | |
| 3853 | 1731 | 06/02/09 | cpa | | | 170 00 | 170 00 | carpet cleaning #50 |
| 3854 | 1839 | 06/02/09 | cpa | | | 70 00 | 70 00 | carpet cleaning, #23 |
| 3855 | 1840 | 06/02/09 | cpa | | | 250 00 | 250.00 | carpet cleaning, #59 |
| | | | | | | | 490 00 | |
| pge | PG&E | | | | | | | |
| 3860 | 39223MAY0 | 05/26/09 | cpa | | | 1,500 19 | 1,500 19 | #2675793922-3 4/3/09-5/1/09, house |
| 3861 | 76806MAY0 | 05/26/09 | cpa | | | 45 20 | 45 20 | #9864847680-6 4/3/09-5/1/09, #15 & Office |
| 3862 | 85521MAY0 | 05/26/09 | cpa | | *electricity* | | 11 30 | 11 30 | #2930278552-1 4/2/09-5/1/09, #3 |
| 3863 | 26221MAY0 | 05/26/09 | cpa | | | 2 76 | 2 76 | #7581572622-1 4/25/09-5/1/09 #8 |
| 3864 | 95878MAY0 | 05/26/09 | cpa | | | 8 22 | 8 22 | #9936379587-8 4/3/09-4/28/09, #12 |
| 3865 | 85498MAY0 | 05/26/09 | cpa | | | 7 16 | 7 16 | #9385608549-8 4/3/09-5/1/09, #14 |
| 3866 | 28372MAY0 | 05/26/09 | cpa | | | 1 47 | 1 47 | #1378952837-2 4/3/09-4/4/09, #21 |
| 3867 | 15817MAY0 | 05/27/09 | cpa | | | 4 27 | 4 27 | #3548551581-7 4/24/09-5/1/09, #23 |
| 3868 | 30673MAY0 | 05/26/09 | cpa | | | 12 04 | 12 04 | #1718903067-3 4/3/09-5/1/09, #29 |
| 3869 | 37570MAY0 | 05/26/09 | cpa | | | 7 16 | 7 16 | #8821873757-0 4/3/09-5/1/09, #32 |
| 3870 | 31800MAY0 | 05/26/09 | cpa | | | 10 49 | 10 49 | #1348473180-0 4/3/09-5/1/09, #38 |
| 3871 | 00071MAY0 | 05/26/09 | cpa | | | 8 22 | 8 22 | #5416890007-1 4/1/09-4/7/09, #51 |
| 3872 | 04811MAY0 | 05/26/09 | cpa | | | 7 96 | 7 96 | #2234640481-1 4/11/09-5/1/09, #56 |
| 3873 | 24742MAY0 | 05/28/09 | cpa | | | 13 45 | 13 45 | #1973002474-2 4/24/09-5/1/09, #58 |
| 3874 | 91107MAY0 | 05/26/09 | cpa | | | 8 17 | 8 17 | #7074719110-7 4/2/09-5/1/09, #59 |
| 3875 | 90916MAY0 | 05/26/09 | cpa | | | 11 08 | 11 08 | #8350699091-6 4/3/09-5/1/09, #61 |
| 3876 | 37680MAY0 | 05/26/09 | cpa | | | 7 97 | 7 97 | #4994093768-0 4/15/09-5/1/09, #73 |
| 3877 | 59424MAY0 | 06/02/09 | cpa | | | 8 39 | 8 39 | #8410135942-4 4/3/09-5/1/09, #76 |
| 3878 | 08136MAY0 | 05/26/09 | cpa | | | 7 15 | 7.15 | #2645380813-6 4/3/09-5/1/09, #83 |
| | | | | | | | 1,682 65 | |
| stapcr | Staples Credit Plan | | | | | | | |
| 3888 | 920305200 | 06/28/09 | cpa | | | 77 10 | 77.10 | office supplies |
| | | | | | | | 77 10 | |
| sure | SureProducts Insurance Agency | | | | | | | |
| 3859 | 060109 | 06/02/09 | cpa | | | 929 00 | 929 00 | June 2009 installment   *Property Insurance.* |

# Payable Invoices
## Type: All
### Days Past Due: All
### cpa - 1600 Aster Dr.

Page 3
6/12/2009
11:43 AM
crest

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 929 00 | |
| | | | | | | | 14,337 61 | |

| | Totals By Account | |
|---|---|---|
| Number | Name | Total |
| 6030 | Credit Verification Expense | 850 16 |
| 6121 | Carpet/Lino Cleaning Turnover | 490 00 |
| 6130 | Cleaning - Turnover | 935 00 |
| 6170 | Repairs/Maintenance Turnover | 280 00 |
| 6225 | Carpet / Lino Replacement | 448.00 |
| 6245 | Exterminating | 98 28 |
| 6310 | Gen Repairs & Maint & Supplies | 1,952.25 |
| 6320 | Painting Service & Supplies | 1,111 16 |
| 6351 | Pool Service & Supplies | 174 75 |
| 6410 | Electricity House | 1.545 39 |
| 6420 | Electricity Vacant | 137 26 |
| 6475 | Trash Removal | 2,682 28 |
| 6620 | Fire & Liability Insurance | 929 00 |
| 7195 | Medical Benefits | 633 00 |
| 7200 | Mileage/Gas Reimbursement | 64 92 |
| 7220 | Office Supplies/Postage | 242 95 |
| 7270 | Telephone | 154 37 |
| 7410 | Blinds Replacement | 76 71 |
| 7415 | Carpet & Floor | 1,401 77 |
| 7445 | Other Capital Expenditures | 130 36 |

# Payable Invoices
## Type: All
## Days Past Due: All
## santa - 935 Santa Clara

| Ctrl No. | Invoice Number | Due Date | Ppty Code | Doc. Drawer | Priority | Total Invoice | Amount Payable | Notes |
|---|---|---|---|---|---|---|---|---|
| **aci** | **aci** | | | | | | | |
| 397 | 328743 | 06/10/09 | santa | | | 179 16 | 179.16 | May 2009 - Trash Removal |
| | | | | | | | 179 16 | |
| **alampo** | **Alameda Power & Telecom** | | | | | | | |
| 392 | 051809-5 | 06/02/09 | santa | | | 8 61 | 8 61 | Electricity #22164-02 3/30/09-5/12, #5 |
| 398 | 060109-5 | 06/10/09 | santa | | | 3 04 | 3 04 | Eelctricity #22164-02 5/12-5/29/09, #5 |
| | | | | | | | 11 65 | |
| **kaiser** | **Kaiser Foundation Health Plan** | | | | | | | |
| 403 | 070109 | 07/01/09 | santa | | | 87 30 | 87.30 | Medical Benefits July 2009 |
| | | | | | | | 87 30 | |
| **onsite** | **On-Site. Com** | | | | | | | |
| 399 | 0905-62831 | 06/10/09 | santa | | | 15 36 | 15 36 | credit check verification - 5/7/09-5/19/09 |
| | | | | | | | 15 36 | |
| **pg&e** | **PG&E** | | | | | | | |
| 391 | 77209MAY0 | 06/18/09 | santa | | | 67 42 | 67.42 | Electricity #6986917720-9 4/29-5/28/09 |
| | | | | | | | 67 42 | |
| | | | | | | | 360 89 | |

| Number | Totals By Account Name | Total |
|---|---|---|
| 6030 | Credit Verification Expense | 15 36 |
| 6410 | Electricity House Meter | 67 42 |
| 6420 | Electricity Vacant | 11 65 |
| 6475 | Trash Removal | 179 16 |
| 7115 | Medical Benefits | 87 30 |

# EXHIBIT 3

JUN 10, 2009

GENARO MENDOZA - 6193
620 E WASHINGTON ST SUITE 100
PETALUMA, CA 94952-0000

CHECK DATE : 06/12/2009
PERIOD BEGIN : 05/24/2009
PERIOD END : 06/06/2009

Dear Paychex Preview Client,

Enclosed are your payroll reports and checks. Please verify that all information is accurate and correct.
If there are any questions or concerns, please contact us immediately.

If you have tax deposits due, ensure the deposits are made on or before the due date to avoid
penalties. We will assume that these deposits were made on the due dates and they will be reflected
on your returns accordingly.

Please contact us for more information on special reports, Taxpay, Direct Deposit, Readychex,
Check Signing and Stuffing, 401K Reporting, Time Off Accrual Tracking, Timeclock, GL Interfacing,
Garnishment Payment Services (GPS), Online W-2 Service, Workers' Compensation Payment Service (WCPS)
and many other Preview features.

**PAYROLL TOTALS**

| | | | |
|---|---|---|---|
| DIRECT DEPOSIT DEBITED FROM YOUR ACCOUNT | 0.00 | | |
| PAYROLL CHECKS | 43411.26 | NUMBER OF PAYROLL CHECKS | 43 |
| **TOTAL NET PAYROLL** | 43411.26 | | |
| | | | |
| AGENCY CHECKS | 504.00 | NUMBER OF AGENCY CHECKS | 1 |
| | | | |
| AMOUNT DEBITED FROM TAX ACCOUNT | 15243.73 | | |
| TOTAL TAX LIABILITY DUE BY CLIENT | 0.00 | | |
| **TOTAL TAX LIABILITY** | 15243.73 | **NUMBER OF CHECKS PRINTED** | 44 |
| **TOTAL NET PAYROLL, TAX LIABILITY,** | | | |
| **AND SERVICES** | 58654.99 | | |
| **TOTAL COST OF PAYROLL** | 59158.99 | NUMBER OF MANUAL/VOID TRANSACTIONS | 0 |

**TAX DEPOSITS DUE**

| TAX AGENCY | TAXPAY | NON-TAXPAY | DUE DATE | |
|---|---|---|---|---|
| FEDERAL | 13033.64 | | 06/17/2009 | Deposit made by PAYCHEX INC on your behalf |
| STATE - CA | 1952.80 | | 06/17/2009 | Deposit made by PAYCHEX INC on your behalf |
| SIT | 1339.64 | | | |
| SDI | 613.16 | | | |

**NEXT PERIOD DATES**

| | | | |
|---|---|---|---|
| CHECK DATE : | 06/26/2009 | TRANSMIT DATE : | 06/24/2009 |
| PERIOD BEGIN : | 06/07/2009 | | |
| PERIOD END : | 06/20/2009 | | |