# EXHIBIT 1

UBOLDI, HEINKE & VELLADAO, LLP
21 TAMAL VISTA BLVD., STE 204
CORTE MADERA, CA 94925
(415) 927-2333

JULY 24, 2009

GENARO & MIRNA MENDOZA
C/O WINSTON VELLADAO 21 TAMAL VISTA BLVD #204
CORTE MADERA, CA 94925

PROFESSIONAL SERVICES RENDERED IN THE PREPARATION OF YOUR 2008
INDIVIDUAL INCOME TAX RETURNS, INCLUDING:

FORM 1040, U.S. INDIVIDUAL INCOME TAX RETURN
SCHEDULE A, ITEMIZED DEDUCTIONS
SCHEDULE B, INTEREST AND ORDINARY DIVIDENDS
SCHEDULE D, CAPITAL GAINS AND LOSSES
SCHEDULE E, SUPPLEMENTAL INCOME AND LOSS PAGE 1
SCHEDULE E, SUPPLEMENTAL INCOME AND LOSS PAGE 2
FORM 4562, DEPRECIATION AND AMORTIZATION
FORM 4797, SALES OF BUSINESS PROPERTY
FORM 4868, APPLICATION FOR AUTOMATIC EXTENSION OF TIME
FORM 4952, INVESTMENT INTEREST EXPENSE DEDUCTION
FORM 4952, INVESTMENT INTEREST EXPENSE DEDUCTION (AMT)
FORM 8582, PASSIVE ACTIVITY LOSS LIMITATIONS
FORM 8582, PASSIVE ACTIVITY LOSS LIMITATIONS (AMT)
FORM 8812, ADDITIONAL CHILD TAX CREDIT
FORM 8824, LIKE-KIND EXCHANGES
FORM NOL, NET OPERATING LOSS COMPUTATION
FORM NOL, NET OPERATING LOSS COMPUTATION (AMT)
TWO-YEAR COMPARISON WORKSHEET
CA 540, RESIDENT INCOME TAX RETURN
CA 568 SCHEDULE A AND B, COGS/INCOME AND DEDUCTIONS
CA SCHEDULE CA, CALIFORNIA ADJUSTMENTS
CA 3519, PAYMENT VOUCHER FOR AUTOMATIC EXTENSION
CA 3526, INVESTMENT INTEREST EXPENSE DEDUCTION
CA 3801, PASSIVE ACTIVITY LOSS LIMITATIONS
CA 3801, PASSIVE ACTIVITY LOSS LIMITATIONS (AMT)
CA 3801, WORKSHEET FOR STEP 4
CA 3805V, NET OPERATING LOSS COMPUTATION
CA 3805V, NET OPERATING LOSS COMPUTATION (AMT)
CA 568 WS, LIMITED LIABILITY COMPANY INCOME WORKSHEET
CA 568, LIMITED LIABILITY COMPANY RETURN OF INCOME
CA 8454, E-FILE OPT-OUT RECORD
CA SCH K, MEMBER'S SHARE OF INC, DED, CREDITS, ETC.
STATE RENTAL SCHEDULE

UBOLDI, HEINKE & VELLADAO, LLP
21 TAMAL VISTA BLVD., STE 204
CORTE MADERA, CA 94925
(415) 927-2333

PAGE 2

GENARO & MIRNA MENDOZA
C/O WINSTON VELLADAO 21 TAMAL VISTA BLVD #204
CORTE MADERA, CA  94925


TAX PREPARATION FEE                          $15242.00