UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GENARO MENDOZA,                                                                 No. 09-11678

                           Debtor(s).
_____/

Memorandum re Employment of Accountant
_____

      Tom Velladao, is both a Certified Public Accountant and licensed attorney. He is a principal of Uboldi, Heinke & Velladao, LLP, certified public accountants, for his accountancy practice and Marin Law Partners, LLP for his tax law practice.

      Debtor in possession Genaro Mendoza wishes to employ Uboldi, Heinke & Velladao, LLP, as his accountants for tax services, including tax return preparation. The issue before the court is whether Uboldi, Heinke & Velladao LLP is a "disinterested person," as required for employment by § 327(a) of the Bankruptcy Code, in light of a $7,000.00 prepetition debt owed to Marin Law Partners LLP. Section 101(14) of the Code defines "disinterested person" as someone who is not a creditor.

      Since Vellado is not a creditor but only a principal of a creditor, and since Vellado is also only a principal of the accountant firm to be employed, Uboldi, Heinke & Velladao, LLP is twice removed from automatic disqualification. Since the firm's experience appears to be valuable to the estate, the

1

court will approve its employment. The court assumes that there is are no connections other than those disclosed to the court, including no prepetition claim of Uboldi, Heinke & Velladao, LLP.

For the foregoing reasons, the application to employ Uboldi, Heinke & Velladao, LLP will be approved. The debtor may pay Uboldi, Heinke & Velladao, LLP a postpetition retainer of $15,000.00, to be credited against postpetition services rendered, so long as no cash collateral is improperly used for this purpose. No further payment may be made except as ordered by the court. Counsel for Mendoza shall submit an appropriate form of order.

Dated: August 18, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge